# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON
### Criminal Minutes – Status Conference

**Cr. No. 25-67-DLB-CJS**          at **COVINGTON**          **1/16/2026**

**U.S. v. DEONDRE BURGIN**          **X** Present   **X** Custody

---

**PRESENT:   HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

**William Prince**              KYED-COV   2-25-cr-67_20260116_140200
Deputy Clerk                    Audio File Number

I, William Prince, CERTIFY the official record of this proceeding is an audio file.

**Kyle M. Winslow**       **Eric G. Eckes**          **X** Present   **X** Appointed
Assistant U.S. Attorney   Attorney for Defendant

---

**PROCEEDINGS: STATUS CONFERENCE**

Case called for Status Conference. Eric G. Eckes appeared as recently appointed substitute counsel for Defendant. He informed there are a few technical issues with discovery, and he is working with the United States to remedy those. He further informed Defendant has now been indicted in the Southern District of Ohio and there may be some potential for global resolution. Counsel suggest a further Status Conference be set in 30-45 days; the United States agrees. An extension to the defensive motions deadline was also discussed given the substitution of counsel and discovery is still being worked through.

Accordingly, having heard from counsel, **IT IS ORDERED** as follows:

1) **Status Conference** is set for **Thursday, February 26, 2026, at 1:30 p.m.** before the undersigned in Covington.

2) **Defensive motion filing deadline** is extended to **Thursday, February 26, 2026.**

3) The Court incorporates by reference the Speedy Trial findings from the previously held Motion Hearing (*see* R. 27). The delay from January 16, 2026 (today's Status Conference) until February 26, 2026 (next Status Conference), is EXCLUDED from Defendant's speedy trial clock. Upon inquiry, no party objects to these findings.

4) Defendant remains in the custody of the United States Marshals Service pending further proceedings in this case.

COR/USPO/USM
Deputy Clerk Init: WP
TIC: 11 mins.

Signed By:
*Candace J. Smith*
United States Magistrate Judge